# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN COBB, an individual,<br>KRISTIN COBB, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., A New Jersey Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-05424-PA-(SPx)<br>[Filed: February 7, 2020]<br>(Removed from Ventura County Superior Court - Case No. 56-2020-00539818-CU-BC-VTA)<br><br>Hon. Percy Anderson<br>Courtroom 9A<br><br>**ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court has reviewed the Joint Stipulation for Order Dismissing the Action with Prejudice, and hereby orders as follows:

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: September 17, 2020

_____
Honorable Percy Anderson
United States District Judge